FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 5, 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVSION

JESSICA SANDERS                                                                 PLAINTIFF

VS.                         CASE NO.   4:22-cv-4059

DOLGENCORP, LLC                                                              DEFENDANTS

### NOTICE OF REMOVAL

Dolgencorp, LLC ("Dolgencorp"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action from the Circuit Court of Miller County, Arkansas, where it is pending as Case No. 46CV-22-253, to the United States District Court for the Western District of Arkansas. As grounds for this removal, Dolgencorp states:

1. Plaintiff Jessica Sanders ("Plaintiff") filed her Complaint in the Circuit Court of Miller County, Arkansas on June 10, 2022. Copies of "all process, pleadings, and orders" previously filed with the Circuit Court of Miller County, Arkansas are attached as Exhibit A in accordance with 28 U.S.C. § 1446(a).

2. Service on Dolgencorp was effected on June 14, 2021.

3. Dolgencorp filed an Answer in Circuit Court of Miller County, Arkansas on June 16, 2022.

4. Plaintiff is an Arkansas citizen residing in Miller County, Arkansas. *See* Compl. ¶ 1.

5. Dolgencorp is a foreign limited liability company formed and existing under the laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee. At all times pertinent, including the time of the filing of Plaintiff's Complaint in the Circuit Court of

Miller County, Arkansas and the time of the filing of this Notice of Removal, Dolgencorp has consisted of only one member: Dollar General Corporation. Dollar General Corporation is a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

6. At all times pertinent, including the time of the filing of Plaintiff's Complaint in the Circuit Court of Miller County, Arkansas and the time of the filing of this Notice of Removal, complete diversity of citizenship has existed because a) Plaintiff was and currently is an Arkansas citizen residing in Miller County, Arkansas, and b) Dolgencorp was and is currently a foreign limited liability company formed and existing under the laws of the state of Kentucky with its principal place of business in Goodlettsville, Tennessee whose sole member, Dollar General Corporation, was and is currently a foreign corporation incorporated under the laws of the state of Tennessee with its principal place of business in Goodlettsville, Tennessee.

7. Complete diversity of citizenship exists.

8. Plaintiff's complaint did not indicate that Plaintiff sought the minimum sum required for federal court jurisdiction in a diversity of citizenship case. Compl. ¶ 1. Plaintiff admitted in her Response to Request for Admissions that Plaintiff seeks money damages in a sum exceeding that required for federal court jurisdiction in a diversity of citizenship case. Exhibit B. Defendants received Plaintiff's Response to Request for Admission on June 21, 2022.

9. Accordingly, this case is removable pursuant to 28 U.S.C. §1441. It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the statutory requisite of $75,000.00.

10. The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b) in that this Notice of Removal is being filed within thirty days of receiving Plaintiff's Complaint.

11. Dolgencorp, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the Clerk of the Circuit Court for Miller County, Arkansas, which has effected this removal in accordance with 28 U.S.C. § 1446(d).

12. Written notice of removal is being served upon Plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Dolgencorp hereby removes this action to this Court and prays that this Court exercise jurisdiction over this matter and grant to Dolgencorp all proper relief to which it is entitled.

        Laura L. O'Hara, Ark. Bar. No. 2021150
        Thomas G. Williams, Ark. Bar No. 88186
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, AR 72201
        Phone: (501) 379-1700
        Facsimile: (501) 379-1701
        lohara@qgtlaw.com
        twilliams@qgtlaw.com

By: /s/ Laura O'Hara
Attorneys for Dolgencorp, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2022, I have served the foregoing by U.S. Mail, postage prepaid, upon the following counsel of record:

Matt Keil
Erin M. Keil
KEIL LAW FIRM, PLLC
406 Walnut Street
Texarkana, Arkansas 71854
mkeil@kglawfirm.com
ekeil@kglawfirm.com

                                              Laura L. O'Hara